UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:24-cr-00540-SRC |
| | ) | |
| TONEY JONES, | ) | |
| | ) | |
| Defendant. | ) | |

**Order**

In October 2024, a federal grand jury returned a three-count indictment against Toney Jones. Doc. 2. Count One of the Indictment charges Jones with possessing a firearm as a convicted felon in violation of 18 U.S.C. § 922(g)(1). *Id.* at 1 (The Court cites to page numbers as assigned by CM/ECF). Jones moved to dismiss Count One, arguing that 18 U.S.C. § 922(g)(1) is unconstitutional under the Second Amendment, *see* doc. 54, and that it exceeds Congress's power to regulate under the Commerce Clause, *see* doc. 55. Jones conceded in both motions that his arguments are foreclosed by Eighth Circuit precedent. *See* doc. 54 at 2; doc. 55 at 1; doc. 67 at 1.

The Court referred Jones's motions to United States Magistrate Judge Rodney H. Holmes pursuant to 28 U.S.C. § 636(b). Doc. 6. On November 6, 2026, Judge Holmes issued a Report and Recommendation recommending that the Court deny both of Jones's motions to dismiss. Doc. 66 at 8. On November 20, 2026, Jones filed objections to Judge Holmes's R&R. Doc. 67. In his objections, Jones "still acknowledge[s] that current precedent forecloses his claims," but he "formally objects to the Report and Recommendation" and "wishes to preserve the issues for further review." *Id.* at 1.

When a party objects to a magistrate judge's R&R, the district judge must conduct a de novo review of the portions of the report, findings, or recommendations to which the party objected. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."); *United States v. Lothridge*, 324 F.3d 599, 600 (8th Cir. 2003) (citing 28 U.S.C. § 636(b)(1)). In making its de novo determination, the Court reviewed the record related to Jones's motion.

Having considered the record, the Court agrees with Judge Holmes's conclusion that the Court is bound by Eighth Circuit precedent and that Jones's arguments are foreclosed. Accordingly, the Court (1) overrules Jones's [67] objections; (2) sustains, adopts, and incorporates Judge Holmes's [66] Report and Recommendation; and (3) denies Jones's [54][55] Motions to Dismiss.

So ordered this 23rd day of November 2026.

STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE